Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Carmen J. Cole (Bar No. 218489)
CCole@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
FORT DEARBORN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| DEBRA ESLINGER,<br><br>Plaintiff,<br><br>vs.<br><br>THE DONAHUE BATES BLAKEMORE & MACKEY LONG-TERM DISABILITY INSURANCE PLAN; HIGHMARK LIFE INSURANCE COMPANY; FORT DEARBORN LIFE INSURANCE COMPANY; DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No.: 2:09-cv-02548-LKK (JFMx)<br><br>ORDER EXTENDING TIME FOR FORT DEARBORN LIFE INSURANCE COMPANY TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COMPLAINT<br><br><br>Complaint Filed: September 23, 2009 |

IT IS HEREBY ORDERED that, for good cause shown and based upon the Stipulation of counsel, defendant FORT DEARBORN LIFE INSURANCE COMPANY must file and serve a responsive pleading to plaintiff DEBRA ESLINGER'S Complaint on or before October 20, 2009.

DATE: October 14, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

[PROPOSED] ORDER EXTENDING TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COMPLAINT

105983.1

1

PDF created with pdfFactory trial version www.pdffactory.com