Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Carmen J. Cole (Bar No. 218489)
CCole@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
FORT DEARBORN LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ESLINGER,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE DONAHUE BATES BLAKEMORE & MACKEY LONG-TERM DISABILITY INSURANCE PLAN; HIGHMARK LIFE INSURANCE COMPANY; FORT DEARBORN LIFE INSURANCE COMPANY; DOES 1 through 20, Inclusive,<br><br>  Defendants. | Case No. 2:09-cv-02548-LKK-JFM<br><br>ORDER EXTENDING TIME FOR FORT DEARBORN LIFE INSURANCE COMPANY TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COMPLAINT<br><br>Complaint Filed: September 11, 2009 |

IT IS HEREBY ORDERED that, for good cause shown and based upon the Stipulation of counsel, defendant FORT DEARBORN LIFE INSURANCE COMPANY must file and serve a responsive pleading to plaintiff DEBRA ESLINGER'S Complaint on or before November 3, 2009.

DATE: October 20, 2009

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

106106.1

[PROPOSED] ORDER EXTENDING TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COMPLAINT

1

PDF created with pdfFactory trial version www.pdffactory.com