UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA ESLINGER,

NO. CIV. S-09-2548 LKK/JFM

        Plaintiff,

   v.

O R D E R

THE DONAHUE BATES BLACKMORE &
MACKEY LONG-TERM DISABILITY
INSURANCE PLAN; HIGHMARK LIFE
INSURANCE COMPANY; FORT
DEARBORN LIFE INSURANCE
COMPANY; DOES 1-20, inclusive,

        Defendants.

_____/

    A status conference was held in chambers on November 30, 2009.

After hearing, the court orders as follows:

    1.   A further status conference is set for February 1, 2010

        at 10:30 a.m.

    IT IS SO ORDERED.

    DATED:  December 1, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1