UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA ESLINGER,

        NO. CIV. S-09-2548 LKK/JFM

    Plaintiff,

  v.

        O R D E R

THE DONAHUE BATES BLACKMORE & MACKEY LONG-TERM DISABILITY INSURANCE PLAN; HIGHMARK LIFE INSURANCE COMPANY; FORT DEARBORN LIFE INSURANCE COMPANY; DOES 1-20, inclusive,

    Defendants.

_____/

    A status conference was held in chambers on February 1, 2010. After hearing, the court orders as follows:

    1.  A further status conference is set for March 1, 2010 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: February 3, 201

                      LAWRENCE K. KARLTON
                      SENIOR JUDGE
                      UNITED STATES DISTRICT COURT