1  JOHN M. RIESTENBERG (SBN 82668)
   LAW OFFICES OF JOHN M. RIESTENBERG
2  455 Capitol Mall, Suite 410
   Sacramento, CA 95814
3  Telephone: (916) 443-6300
   Facsimile:   (916) 329-3435
4  Attorney for Plaintiff DEBRA ESLINGER

5

6  Linda M. Lawson (SBN 77130)
   Carmen J. Cole (SBN 218489)
   MESERVE, MUMPER & HUGHES LLP
7  300 South Grand Avenue, 24th Floor
   Los Angeles, CA 90071-3185
8  Telephone: (213) 620-0300
   Facsimile: (213) 625-1930

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA ESLINGER<br><br>     Plaintiff,<br>v.<br><br>THE DONAHUE BATES BLAKEMORE & MACKEY LONG-TERM DISABILITY INSURANCE PLAN; HIGHMARK LIFE INSURANCE COMPANY; FORT DEARBORN LIFE INSURANCE COMPANY; DOES 1 through 20, Inclusive,<br><br>     Defendants. | NO. 09CV02548 LKK JFM<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT** |

In this lawsuit, Plaintiff has sued the "Donahue Bates Blakemore & Mackey Long-Term Disability Insurance Plan," and the insurers who provided Donahue Bates with a group disability insurance policy, covering Plaintiff, Debra Eslinger. Defendants Fort Dearborn Life Insurance Company and Highmark Life Insurance Company answered Plaintiff's Complaint for themselves only, not for the "Donahue Bates Blakemore & Mackey Long-Term Disability Insurance Plan."

Plaintiff has amended her Complaint to add former her employer, Donahue, Bates, Blakemore & Mackey, as a Defendant and to specifically set forth the allegations

supporting her claims that she has been arbitrarily denied disability insurance benefits due her under the Group Policy issued by Highmark and subsequently taken over by Fort Dearborn.

All parties who have appeared in this lawsuit (Plaintiff, Fort Dearborn and Highmark) stipulate that Plaintiff may file her proposed First Amended Complaint, a copy of which is attached hereto. Defendants Fort Dearborn and Highmark further stipulate that they will accept service of the First Amended Complaint by means of email or facsimile sent to their Counsel, as the equivalent of personal service.

STIPULATED AND AGREED TO BY:

Dated: February 22, 2010        LAW OFFICES OF JOHN RIESTENBERG

/S/ JOHN RIESTENBERG
---
JOHN M. RIESTENBERG
Attorney for Plaintiff DEBRA ESLINGER

Dated: February 11, 2010        MESERVE, MUMPER & HUGHES
LINDA M. LAWSON
CARMEN COLE


/s/Carmen Cole
---
CARMEN COLE
Attorneys for Defendants FORT DEARBORN LIFE INSURANCE COMPANY and HIGHMARK LIFE INSURANCE COMPANY

Based upon the above Stipulation, the Court finds that the filing of the First Amended Complaint without the necessity of a motion is in the interest of justice.

IT IS THEREFORE ORDERED that:

1.  Plaintiff shall file her First Amended Complaint within 10 days of the issuance of this Order.

Dated:  February 22, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT