UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA ESLINGER,

          Plaintiff,

    v.

THE DONAHUE BATES BLACKMORE &
MACKEY LONG-TERM DISABILITY
INSURANCE PLAN; HIGHMARK LIFE
INSURANCE COMPANY; FORT
DEARBORN LIFE INSURANCE
COMPANY; DOES 1-20, inclusive,

          Defendants.

                                       NO. CIV. S-09-2548 LKK/JFM

                                       O R D E R

    A status conference was held in chambers on March 1, 2010. After hearing, the court orders as follows:

    1.   A further status conference is set for April 26, 2010 at 3:30 p.m.

    IT IS SO ORDERED.

    DATED: March 2, 2010.

                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

1