UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA ESLINGER,

        Plaintiff,

   v.                              NO. CIV. S-09-2548 LKK/JFM

THE DONAHUE BATES BLAKEMORE &
MACKEY LONG-TERM DISABILITY
INSURANCE PLAN, DONAHUE,
BATES, BLAKEMORE & MACKEY;
HIGHMARK LIFE INSURANCE                 O R D E R
COMPANY; FORT DEARBORN LIFE
INSURANCE COMPANY;
DOES 1 through 20, inclusive,

        Defendants.
_____/

    On April 21, 2010, the court issued an order setting a status (pretrial scheduling) conference for May 24, 2010. On May 3, 2010, the parties filed a joint status report. However, counsel for defendant Donahue Bates did not appear for the scheduling conference.

    Accordingly, the court orders that counsel for defendant Donahue Bates is hereby ORDERED TO SHOW CAUSE in writing within

1

1   fourteen (14) days of the date of this order why sanctions of $150
2   should not issue in the above-captioned case, as permitted by Local
3   Rule 110.
4       IT IS SO ORDERED.
5       DATED:  May 27, 2010.

```
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```

2