UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA ESLINGER,

        Plaintiff,

   v.                            NO. CIV. S-09-2548 LKK/JFM

THE DONAHUE BATES BLAKEMORE &
MACKEY LONG-TERM DISABILITY
INSURANCE PLAN, DONAHUE,
BATES, BLAKEMORE & MACKEY;
HIGHMARK LIFE INSURANCE          O R D E R
COMPANY; FORT DEARBORN LIFE
INSURANCE COMPANY;
DOES 1 through 20, inclusive,

        Defendants.
                              /

    On May 27, 2010, the court ordered counsel for defendant Donahue Bates to show cause why sanctions should not be imposed for his failure to appear for a status (pretrial scheduling) conference. See Doc. No. 42. Counsel responded to the order to show cause on June 9, 2010. See Doc. No. 43. Counsel explains that he mistakenly believed the status conference was set for at 2:00 p.m on May 24, 2010 because the parties mistakenly listed the time as

1

1  2:00 p.m. on their joint status report. The conference was held at
2  the time set forth in this court's order, 11:00 a.m., on May 24,
3  2010.
4     No good cause shown, the court hereby ORDERS that counsel for
5  plaintiff is SANCTIONED in the amount of one hundred and fifty
6  ($150.00) dollars. This sum shall be paid to the Clerk of the Court
7  no later than thirty (30) days from the date of this order. Counsel
8  shall file an affidavit accompanying the payment of this sanction
9  which states that it is paid personally by counsel, out of personal
10 funds, and is not and will not be billed, directly or indirectly,
11 to the client or in any way made the responsibility of the client
12 as attorneys' fees or costs.
13    IT IS SO ORDERED.
14    DATED:  June 21, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2