MARK S. TRATTEN  (SBN 119330)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825
(916) 483-5181

Attorneys for Defendant,
UNIVERSITY DISABILITY CONSORTIUM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ESLINGER, | ) Case No.: 2:09-CV-02548  LKK JFM |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO EXTEND TIME FOR** |
| | ) **UNIVERSITY DISABILITY** |
| THE DONAHUE BATES BLAKEMORE & | ) **CONSORTIUM TO FILE A RESPONSIVE** |
| MACKEY LONG-TERM DISABILITY | ) **PLEADING TO SECOND AMENDED** |
| INSURANCE PLAN; DONAHUE, BATES, | ) **COMPLAINT AND ORDER** |
| BLAKEMORE & MACKEY; HIGHMARK | ) |
| LIFE INSURANCE COMPANY; FORT | ) |
| DEARBORN LIFE INSURANCE | ) |
| COMPANY; DISABILITY REINSURANCE | ) |
| MANAGEMENT SERVICES, INC.; | ) |
| UNIVERSITY DISABILITY | ) |
| CONSORTIUM;  DOES 1 through 20, | ) |
| Inclusive, | ) |
| | ) |
| Defendants. | ) |

WHEREAS, plaintiff, DEBRA ESLINGER, (hereinafter Plaintiff), served upon defendant, UNIVERSITY DISABILITY CONSORTIUM, (hereinafter Defendant), a Second Amended Complaint in this action on August 9, 2010;

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING
Eslinger/10-157/jtapld.003                                                                                                                Page 1

WHEREAS, a responsive pleading to the Second Amended Complaint must be filed and served on or before September 3, 2010;

WHEREAS, counsel for Defendant, Mark Tratten and Ericksen Arbuthnot, was retained and assigned the case on September 1, 2010 and has not had a full opportunity to analyze the allegations in the Second Amended Complaint in preparation for filing a responsive pleading; specifically, counsel has not had an opportunity to meet and confer and obtain any information from Defendant;

WHEREAS, Plaintiff is agreeable to extending the time for a responsive pleading to Monday, September 13, 2010 in order for counsel to obtain the information necessary to provide an accurate and appropriate response to the Second Amended Complaint;

WHEREAS, for good cause shown, the parties wish to extend the time within which a responsive pleading to the Second Amended Complaint must be filed to September 13, 2010;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant by and through their respective attorneys of record, that the date on which a responsive pleading to Plaintiff's Second Amended Complaint is now September 13, 2010.

IT IS SO STIPULATED.

DATED: September 3, 2010

    ERICKSEN ARBUTHNOT

    /S/ *Mark S. Tratten*
BY: _____
    MARK S. TRATTEN
    Attorneys for Defendant
    University Disability
    Consortium

DATED:  September 3, 2010

                                  LAW OFFICES OF JOHN RIESTENBERG

                                  /S/ *John M. Riestenberg*
                           By _____
                                JOHN M. RIESTENBERG

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant, UNIVERSITY DISABILITY CONSORTIUM, shall file a responsive pleading to the Second Amended Complaint by September 13, 2010.

DATED:  September 3, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT