Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Carmen J. Kemp (Bar No. 218489)
CKemp@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
FORT DEARBORN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ESLINGER, | Case No. 2:09-cv-02548-LKK-JFM |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER THEREON** |
| vs. | |
| THE DONAHUE BATES BLAKEMORE & MACKEY LONG-TERM DISABILITY INSURANCE PLAN; HIGHMARK LIFE INSURANCE COMPANY; FORT DEARBORN LIFE INSURANCE COMPANY; DOES 1 through 20, Inclusive,, | Complaint Filed:   September 11, 2009 |
| Defendant. | |
| UNIVERSITY DISABILITY CONSORTIUM, | |
| Cross-Claimant, | |
| vs. | |
| HIGHMARK LIFE INSURANCE COMPANY, FORT DEARBORN LIFE INSURANCE COMPANY; DISABILITY REINSURANCE MANAGEMENT SERVICES, INC. and ROES 1-20, inclusive, | |
| Cross-Defendants. | |

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

115246.1

1

Case No.  2:09-cv-02548-LKK-JFM
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; ORDER THEREON

1  Plaintiff DEBRA ESLINGER, defendants/cross-defendants HIGHMARK
2  LIFE INSURANCE COMPANY, FORT DEARBORN LIFE INSURANCE
3  COMPANY, DISABILITY REINSURANCE MANAGEMENT SERVICES, INC.,
4  defendants, THE DONAHUE BATES BLAKEMORE AND MACKEY LONG
5  TERM DISABILITY PLAN and DONAHUE BATES BLAKEMORE AND
6  MACKEY LLP, and defendant/cross-claimant UNIVERSITY DISABILITY
7  CONSORTIUM, by and through their respective counsel of record, hereby agree
8  and stipulate to dismiss this action in its entirety, including the cross-claim, with
9  prejudice as to all parties, pursuant to Federal Rules of Civil Procedure, Rule 41(a),
10 and each party shall bear its own attorneys' fees and costs in this matter.

11 The parties seek the Court's approval of dismissal of this action, including the
12 cross-claim, with prejudice.

14 IT IS SO STIPULATED.

16 Dated: February 23, 2011   MESERVE, MUMPER & HUGHES LLP
                              LINDA M. LAWSON
17                            CARMEN J. KEMP

19                            By:  /S/ *Carmen J. Kemp*
                                   Carmen J. Kemp
20                                 Attorneys for Defendants and
                                   Cross-Defendants
21                                 FORT DEARBORN LIFE
                                   INSURANCE COMPANY and
22                                 HIGHMARK LIFE INSURANCE
                                   COMPANY
23
24 Dated: March 3, 2011    LAW OFFICES OF JOHN M.
                           RIESTENBERG
                           JOHN M. RIESTENBERG

27                            By:  /S/ *John M. Riestenberg*
                                   John M. Riestenberg
28                                 Attorneys for Plaintiff
                                   DEBRA ESLINGER

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

115246.1

2

Case No.  2:09-cv-02548-LKK-JFM
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; ORDER THEREON

| | | |
|---|---|---|
| 1 | Dated:  February 23, 2011 | PIERCE ATWOOD LLP<br>WILLIAM J. KAYATTA<br>GERALDINE G. SANCHEZ |
| 2 | | |
| 3 | | |
| 4 | | By:   /S/ *Geraldine G. Sanchez* |
| 5 | | Geraldine G. Sanchez<br>Attorneys for Defendant and Cross-Defendant |
| 6 | | DISABILITY REINSURANCE<br>MANAGEMENT SERVICES, |
| 7 | | INC. |
| 8 | Dated:  February 23, 2011 | MARK S. TRATTEN<br>J. THOMAS ALDRICH<br>ERICKSEN ARBUTHNOT |
| 9 | | |
| 10 | | |
| 11 | | By:   /S/ *Mark S. Tratten* |
| 12 | | Mark S. Tratten<br>Attorneys for Defendant and Cross-Claimant |
| 13 | | UNIVERSITY DISABILITY |
| 14 | | CONSORTIUM |
| 15 | Dated:  February 23, 2011 | DONAHUE BATES BLACKMORE &<br>MACKEY LLP |
| 16 | | STEPHEN J. MACKEY |
| 17 | | |
| 18 | | By:   /S/ *Stephen J. Mackey* |
| 19 | | Stephen J. Mackey<br>Attorneys for Defendant |
| 20 | | DONAHUE BATES<br>BLACKMORE & MACKEY LLP |

LAW OFFICES
**MESERVE,**
**MUMPER &**
**HUGHES LLP**

115246.1

3

Case No.  2:09-cv-02548-LKK-JFM
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; ORDER THEREON

## ORDER

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:09-CV-02548 LKK JFM, is dismissed in its entirety as to all defendants and cross-defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorney fees and costs in this matter.

IT IS SO ORDERED.

Dated: March 3, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

115246.1

4

Case No. 2:09-cv-02548-LKK-JFM
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; ORDER THEREON